No. 98–7649. RIVERA *v.* RUSH ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1015] denied.

No. 98–8150. SCHWARZ *v.* FEDERAL BUREAU OF INVESTIGATION. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1037] denied.

No. 98–7809. MARTINEZ *v.* COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT. Sup. Ct. Cal. [Certiorari granted, *ante,* p. 1064.] Motion for appointment of counsel granted, and it is ordered that Ronald D. Maines, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 98–8384. WILLIAMS *v.* TAYLOR, WARDEN. C. A. 4th Cir. [Certiorari granted, *ante,* p. 1050.] Motion for appointment of counsel granted, and it is ordered that Brian A. Powers, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 98–8413. LOWE *v.* CHAMPION. Sup. Ct. Okla. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until June 7, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8419. ROLE *v.* TEAMSTERS UNION LOCAL 11 ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 7, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–1443. IN RE JOHNSON; and
No. 98–8681. IN RE NABORS ET AL. Petitions for writs of mandamus denied.

No. 98–8594. IN RE BOYCE. Petition for writ of prohibition denied.